# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LLOYD AND KIM DAVIS, Individually
and as parents and next friends of WILSON
DAVIS, a minor                                                                                           PLAINTIFFS

vs.                      CASE NO. 1:16-CV-00041-JM

GEICO ADVANTAGE INSURANCE COMPANY               DEFENDANT

## JUDGMENT

For the reasons stated in the order entered this date, Plaintiffs' complaint is dismissed with prejudice.

Dated this 8th day of August, 2019.

_____
James M. Moody Jr.
United States District Judge